## BROWN *v.* THE NEWCASTLE AND RICHMOND RAILROAD COMPANY.

APPEAL from the *Cass* Court of Common Pleas.

*Per Curiam.*—In this case there was a motion for a new trial; but the evidence is not set out in the record. There is no bill of exceptions; nor does it appear that the rulings of the Court were excepted to in any mode known to the law. There is, therefore, no point of inquiry properly before us (1).

The judgment is affirmed, with 10 per cent. damages and costs.

*L. Chamberlain*, *H. P. Biddle*, and *B. W. Peters*, for the appellant.

*D. D. Pratt* and *S. C. Taber*, for the appellees.

(1) See *Irwin* v. *Anthony*, 8 Ind. R. 470; *Jolly et al.* v. *The Terre Haute Bridge Co., post*, and cases cited.